IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC J. BINDNER,

    Plaintiff,

v.                                                                    Civ. No. 21-492 GBW/SCY

STEVEN J. TRAUB, DDS, d/b/a
STEVEN J. TRAUB ORAL & MAXILLOFACIAL
SURGERY,

    Defendant.

**ORDER REGARDING PROPOSED VOIR DIRE**

THIS MATTER comes before the Court on review of the parties' proposed voir dire topics and questions, as well as the objections thereto (*docs. 186, 187, 192, 197*). The Court overrules all objections with the following exceptions:

Plaintiff's Objection to Defendant's Proposed Voir Dire Questions 30 and 31 will be addressed further prior to voir dire. Defendant's counsel should be prepared to explain the relevance of these questions.

Defendant's Objection to Plaintiff's Proposed Voir Dire Question No. 5 is sustained. Nonetheless, the question may be asked if counsel removes the phrase "if they refuse to accept responsibility without being sued."

**IT IS SO ORDERED.**

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE